# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SANFORD BUCKLES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff(s)* <br> v. <br> FACEBOOK, INC. <br><br> *Defendant(s)* | Civil Action No. 18-cv-2189 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FACEBOOK, INC.
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abbas Kazerounian, Esq.
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
ak@kazlg.com
(800) 400-6808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date: April 13, 2018

*Signature of Clerk or Deputy Clerk*