**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HAINES & KRIEGER, LLC**
David H. Krieger, Esq. (*pro hac*)
dkrieger@hainesandkrieger.com
8985 S. Eastern Ave. Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**KNEPPER & CLARK LLC**
Matthew I. Knepper, Esq. (*pro hac*)
matthew.knepper@knepperclark.com
Miles N. Clark, Esq. (*pro hac*)
miles.clark@knepperclark.com
10040 W. Cheyenne Ave.
Ste. 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048

*Attorneys for Plaintiffs*,
Sanford Buckles

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD BUCKLES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK INC.,<br><br>Defendant. | Case No.: 4:18-CV-02189-KAW<br><br>NOTICE OF APPEARANCE BY MATTHEW M. LOKER<br><br>HON. KANDIS A. WESTMORE |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states her appearance as Co-Counsel for Plaintiff SANFORD BUCKLES:

Matthew M. Loker, Esq. (SBN: 279939)

KAZEROUNI LAW GROUP, APC

1303 East Grand Avenue, Suite 101

Arroyo Grande, CA 93420

Telephone: (800) 400-6808

Facsimile: (800) 520-5523

Email: ml@kazlg.com

Date: April 13, 2018                                       KAZEROUNI LAW GROUP, APC

                                                           By:   /s Matthew M. Loker.
                                                                 MATTHEW M. LOKER ESQ.
                                                                 ATTORNEY FOR PLAINTIFF

---

**Case No.: 4:18-CV-02189-KAW**          **1 of 1**          *Buckles, et al. v. Facebook, Inc.*
**NOTICE OF APPEARANCE BY MATTHEW M. LOKER**