Orin Snyder (*pro hac vice pending*)
   osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Brian M. Lutz (SBN 255976)
   blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SANFORD BUCKLES, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>          Defendant. | CASE NO. 4:18-CV-02189-KAW<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO STAY PROCEEDINGS** |

**[PROPOSED] ORDER**

The Court has considered the parties' briefing on Defendant Facebook, Inc.'s Motion to Stay Proceedings, and the evidence and argument offered in support of or in opposition to this Motion.

Good cause having been shown, Facebook, Inc.'s Motion to Stay is GRANTED.  The Court hereby stays all further proceedings in this action until a decision from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, without prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary, and without prejudice to Facebook or any other defendant opposing such relief.  Following a decision by the Panel, the parties shall meet and confer regarding deadlines to respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATE:_____          _____

United States District Judge

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:18-CV-02189-KAW