UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD BUCKLES,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 4:18-cv-02189-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Price v. Facebook, Inc., et al.*, 18-cv-01732-VC.

    IT IS SO ORDERED.

Dated: April 19, 2018

                                                           /s/ Kandis Westmore
                                                    KANDIS A. WESTMORE
                                                    United States Magistrate Judge