Orin Snyder (admitted *pro hac vice*)
 osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
 jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
 klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
 blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD BUCKLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 4:18-CV-02189-KAW<br>**OAKLAND DIVISION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))**<br><br>Magistrate Judge Kandis A. Westmore |

Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. and Plaintiff Sanford Buckles hereby stipulate to stay proceedings and deadlines in this case until a decision from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, at which point the parties can meet and confer regarding deadlines to respond to plaintiff's complaint.

### Local Rule 5-1(i)(3) Attestation

I, Joshua S. Lipshutz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 30, 2018            GIBSON, DUNN & CRUTCHER LLP

By: ___/s/ *Joshua S. Lipshutz*___
Joshua S. Lipshutz

*Attorneys for Defendant Facebook, Inc.*

DATED: April 30, 2018            KAZEROURI LAW GROUP, APC

HYDE & SWIGART

HAINES & KRIEGER, LLC

KNEPPER & CLARK LLC

By: ___/s/ *Matthew M. Loker*___
Matthew M. Loker

*Attorneys for Plaintiff Sanford Buckles*