Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD BUCKLES, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>        Defendant. | CASE NO. 3:18-CV-02189-VC<br>**SAN FRANCISCO DIVISION**<br><br>**DEFENDANT FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO STAY**<br><br>Hearing Date: May 24, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, |

(*additional captions below*)

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA,<br><br>    Defendants. | CASE NO. 3:18-CV-01732-VC<br>**SAN FRANCISCO DIVISION** |
| JONATHAN D. RUBIN on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., SCL GROUP, GLOBAL SCIENCE RESEARCH LTD., and CAMBRIDGE ANALYTICA LLC<br><br>    Defendants. | CASE NO. 3:18-CV-01852-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| ASHLEY GENNOCK and RANDY NUNEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>    Defendants. | CASE NO. 3:18-CV-01891-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| HOWARD O'KELLY, on behalf of himself and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br><br>         Defendants. | CASE NO. 3:18-CV-01915-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| THERESA BEINER and BRANDON HAUBERT, et al., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC<br><br><br>         Defendants. | CASE NO. 3:18-CV-01953-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| SUZIE HASLINGER, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC<br><br><br>         Defendants. | CASE NO. 3:18-CV-01984-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | DEBRA KOOSER and MARGARET |
| 2 | FRANKIEWICZ, on behalf of themselves and all others similarly situated, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | FACEBOOK, INC., CAMBRIDGE |
| 6 | ANALYTICA, SCL Group, Ltd, and Global Science Research Ltd. |
| 7 | |
| 8 | Defendants. |

CASE NO. 3:18-CV-02009-VC
**SAN FRANCISCO DIVISION**

**CONSENT MOTION**

1  DEBRA KOOSER and MARGARET
FRANKIEWICZ, on behalf of themselves and all
2  others similarly situated,

3              Plaintiffs,

4         v.

5  FACEBOOK, INC., CAMBRIDGE
ANALYTICA, SCL Group, Ltd, and Global
6  Science Research Ltd.

7
             Defendants.
8
9  TAYLOR PICHA, on behalf of herself and all
others similarly situated,

10             Plaintiff,

11        v.

12  FACEBOOK, INC. and CAMBRIDGE
ANALYTICA
13
             Defendants.
14

15

16  CHRISTINA LABAJO, on behalf of herself and
all others similarly situated,

17             Plaintiff,

18        v.

19  FACEBOOK, INC. and CAMBRIDGE
ANALYTICA
20

21
             Defendants.
22

CASE NO. 3:18-CV-02009-VC
**SAN FRANCISCO DIVISION**

**CONSENT MOTION**

CASE NO. 3:18-CV-02090-VC
**SAN FRANCISCO DIVISION**

CASE NO. 3:18-CV-02093-VC
**SAN FRANCISCO DIVISION**

23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

FACEBOOK, INC.'S REPLY IN SUPPORT OF MOT. TO STAY – CASE NO. 3:18-CV-02189-VC

| | |
|---|---|
| JOSHUA IRON WING and RYAN MCGRATH, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CASE NO. 3:18-CV-02122-VC **SAN FRANCISCO DIVISION** |
| v. | **CONSENT MOTION** |
| FACEBOOK, INC. | |
| Defendant. | |
| | |
| LUCY GERENA, on behalf of herself and all others similarly situated, | |
| Plaintiff | CASE NO. 3:18-CV-02201-VC **SAN FRANCISCO DIVISION** |
| v. | **CONSENT MOTION** |
| FACEBOOK, INC. | |
| Defendant | |
| | |
| PATRICIA KING, on behalf of herself and all others similarly situated, | |
| Plaintiff, | CASE NO. 3:18-CV-02276-VC **SAN FRANCISCO DIVISION** |
| v. | **CONSENT MOTION** |
| FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

Facebook, Inc. ("Facebook") respectfully submits this reply in support of its April 18, 2018 Motion to Stay, currently noticed for argument on May 24, 2018.

Plaintiffs' oppositions to Facebook's motion to stay all proceedings pending a ruling from the JPML in MDL No. 2843 were due on May 2, 2018.  As of today, no plaintiff has lodged an opposition.  Prior to filing, plaintiffs in *Rubin*, *Gennock*, *O'Kelly*, *Beiner*, *Haslinger*, *Kooser*, *Iron Wing*, *Gerena* and *King* consented to this relief.  *O'Kelly* filed a response indicating no objection "provided it is entered without prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary," which the proposed order already provides.  *O'Kelly*, Dkt. 16.  *Gerena* also filed a document indicating plaintiffs' "nonopposition" to the stay.  *Gerena*, Dkt. 18.  *Rubin* also filed a pleading indicating that he "agrees to Facebook's Motion to Stay."  *Rubin*, Dkt. 32.  Other plaintiffs have not filed any response.

As plaintiffs have not opposed Facebook's requested relief, Facebook respectfully requests that the Court enter Facebook's proposed order and, pursuant to Local Rule 7-1(b), that the Court do so without holding argument.

1   DATE:  May 9, 2018                    Respectfully submitted,

2                                          **GIBSON, DUNN & CRUTCHER, LLP**

3                                          By:  _/s/  Joshua S. Lipshutz_
                                           Joshua S. Lipshutz (SBN 242557)
4                                          jlipshutz@gibsondunn.com
                                           GIBSON, DUNN & CRUTCHER LLP
5                                          1050 Connecticut Avenue, N.W.
                                           Washington, DC 20036-5306
6                                          Telephone:  202.955.8500
                                           Facsimile:  202.467.0539
7
                                           Orin Snyder (_pro hac vice_)
8                                          osnyder@gibsondunn.com
                                           GIBSON, DUNN & CRUTCHER LLP
9                                          200 Park Avenue
                                           New York, NY 10166-0193
10                                         Telephone:  212.351.4000
                                           Facsimile:  212.351.4035
11
                                           Kristin A. Linsley (SBN 154148)
12                                         klinsley@gibsondunn.com
                                           Brian M. Lutz (SBN 255976)
13                                         blutz@gibsondunn.com
                                           GIBSON, DUNN & CRUTCHER LLP
14                                         555 Mission Street, Suite 3000
                                           San Francisco, CA 94105-0921
15                                         Telephone:  415.393.8200
                                           Facsimile:  415.393.8306
16
                                           _Attorneys for Defendant Facebook, Inc._
17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP